UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-02412-JWH(SPx) | Date | August 5, 2022 |
| Title | Tommy Mark Franks, Jr. v. County of San Bernardino, et al | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST PLAINTIFF AND DEFENDANTS, AND THEIR RESPECTIVE COUNSEL OF RECORD, FOR FAILURE TO PARTICIPATE IN PRIVATE MEDIATION PURSUANT TO COURT'S ORDER DATED APRIL 16, 2021 [ECF No. 21]**

On April 16, 2021, the Court entered an Order/Referral to ADR Procedure No. 3 [ECF No. 21]. Pursuant to the Order, the parties were ordered to participate in private mediation, to be held no later than January 7, 2022. As of today's date, the parties have not participated in private mediation. Accordingly, the Court **ORDERS** the parties, and their respective counsel of record, to show cause why they should not each be sanctioned in the amount of $500 for failure to participate in private mediation pursuant to the Court's Order [ECF No. 21].

At the Final Pretrial Conference held on August 5, 2022, the parties were **ORDERED** again to participate in private mediation, to be completed by October 27, 2022, with a deadline to file their mediation report by October 28, 2022. Upon filing of a timely mediation report—demonstrating that the parties have participated in mediation in good faith—the Court will discharge the OSC.

The parties' failure to file a timely mediation report may result in the imposition of sanctions against counsel.

**IT IS SO ORDERED.**