LAUREL A. HOEHN (CA State Bar No. 232946)
Supervising Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-5287
Facsimile: (909) 387-4069
E-Mail: laurel.hoehn@cc.sbcounty.gov

Attorneys for Defendants County of San Bernardino and Tyler Loup

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MARK FRANKS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, TYLER LOUP, and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case No. 5:20-cv-02412-JWH-SP<br><br>**PROPOSED JOINT STATEMENT OF THE CASE**<br><br>PTC Date:   October 28, 2022<br>Trial Date:   November 29, 2022<br>Time: 9:00 a.m.<br>Location: Ctrm 2<br><br>Assigned to:<br>Honorable John W. Holcomb<br>United States District Judge<br><br>Referred to:<br>Honorable Sheri Pym<br>United States Magistrate Judge |

## PROPOSED JOINT STATEMENT OF THE CASE

In February 2019, in the Town of Apple Valley, Plaintiff Tommy Mark Franks, Jr., was approached by on-duty San Bernardino County Sheriff Deputy Tyler Loup. Ultimately, Plaintiff was placed into handcuffs, put into the back of a San Bernardino County Sheriff's unit, and was arrested and taken to jail for booking for resisting a peace officer.  In this lawsuit, Mr. Franks alleges Sheriff Deputy Tyler Loup unreasonably seized him, that the use of handcuffs on him constituted excessive and unnecessary force, and that his arrest violated his right to free speech.  Mr. Franks also alleges the County of San

Bernardino failed to adequately train its Sheriff's deputies regarding requesting identification.

The County of San Bernardino and Tyler Loup deny Mr. Franks' allegations. Deputy Loup alleges he had reasonable suspicion to ask for Mr. Franks' identification and handcuffs were needed to temporarily detain Mr. Franks for safety reasons while Deputy Loup investigated a possible crime.  Deputy Loup further alleges that the use of handcuffs does not constitute excessive force.

DATED: October 14, 2022              Respectfully submitted,

                                     TOM BUNTON
                                     County Counsel


                                     */s/ Laurel A. Hoehn*
                                     LAUREL A. HOEHN
                                     Supervising Deputy County Counsel
                                     Attorneys for Defendant
                                     County of San Bernardino

DATED: October 14, 2022              LAW OFFICE OF JERRY L. STEERING


                                     */s/ Jerry L. Steering*
                                     JERRY L. STEERING
                                     Attorneys for Plaintiff TOMMY MARK
                                     FRANKS, JR.

PROPOSED STATEMENT OF THE CASE