LAUREL A. HOEHN (CA State Bar No. 232946)
Supervising Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-5287
Facsimile: (909) 387-4069
E-Mail: laurel.hoehn@cc.sbcounty.gov

Attorneys for Defendants County of San Bernardino and Tyler Loup

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MARK FRANKS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, TYLER LOUP, and DOES 1 through 10, INCLUSIVE, <br><br> Defendants. | Case No. 5:20-cv-02412-JWH-SP <br><br> **WITNESS LIST INDEX** <br><br><br> Assigned to: <br> Honorable John W. Holcomb <br> United States District Judge <br><br> Referred to: <br> Honorable Sheri Pym <br> United States Magistrate Judge |

    Attached herein, please find the Witness List Index (Doc. 76) which was filed by Defendants, County of San Bernardino and Tyler Loup on January 26, 2023.

DATED: January 30, 2023        Respectfully submitted,

                                   TOM BUNTON
                                   County Counsel

                                   */s/ Laurel A. Hoehn*
                                   LAUREL A. HOEHN
                                   Supervising Deputy County Counsel
                                   Attorneys for Defendant
                                   County of San Bernardino

| Tommy Cook v. County of San Bernardino, et al.; Case No. 5:20-cv-02412-JWH-SP ||
|---|---|
| <u>Witness Name</u> | <u>Date Called To Testify</u> |
| Plaintiff Tommy Mark Franks, Jr. | |
| Defendant Tyler Loup | |
| Amanda Provax | |
| Robert Cullimore | |
| Person Most Knowledgeable Concerning Training from San Bernardino County Sheriff's Department | |