# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCV 20-02412-JWH(SPx) |
| Title: | Tommy Marks Franks, Jr. v. County of San Bernardino, et al |
| Date | January 30, 2023 |

**Present: The Honorable** JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara; Deborah Lewman | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jerry L. Steering | Laurel Ann Hoehn |

\_\_\_ Day Court Trial          1st Day Jury Trial

\_\_\_ One day trial:   X Begun (1st day);   X Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.
X  Opening statements made by          Plaintiff and Defendant
X  Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
\_\_\_ Plaintiff(s) rest.                        \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by     \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court pre-instructs jury.
\_\_\_ Bailiff(s) sworn.                        \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.                             \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists         \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for _____ \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.        Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   January 31, 2023, at 9:00 a.m.   for completion of jury empanelment and further trial.
\_\_\_ Other:

6 : 16

Initials of Deputy Clerk      cla

cc:

CV-96 (10/08)                CIVIL MINUTES - TRIAL                Page 1 of 1