FILED
CLERK, U.S. DISTRICT COURT

2/1/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLA_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY M. FRANKS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; TYLER LOUP; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02412-JWH-SPx <br><br> **VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find on the questions presented as follows:

1. Did Defendant Deputy Tyler Loup detain Plaintiff Tommy Mark Franks, Jr. without reasonable suspicion that Mr. Franks was engaged in criminal activity?

   Yes _____    No __X__

   *Please proceed to Question 2.*

2. Was the length or scope or manner of Plaintiff Tommy Mark Franks, Jr.'s detention by Defendant Deputy Tyler Loup unreasonable under the circumstances?

   Yes __X__    No _____

   *Please proceed to Question 3.*

3. Did Defendant Deputy Tyler Loup arrest Plaintiff Tommy Mark Franks, Jr. without probable cause to believe that Mr. Franks had committed a crime or was committing a crime?

   Yes __X__    No _____

   *Please proceed to Question 4.*

4. Did Defendant Deputy Tyler Loup cause Plaintiff Tommy Mark Franks, Jr.'s criminal prosecution for violation of California Penal Code section 148(a)(1)?

   Yes __X__    No _____

   *Please proceed to Question 5.*

5. Did Defendant Deputy Tyler Loup's handcuffing of Plaintiff Tommy Mark Franks, Jr. constitute excessive force?

Yes __X__    No _____

*Please proceed to Question 6.*

6. Was Plaintiff Tommy Mark Franks, Jr.'s exercise of his First Amendment right to freedom of speech a substantial or motivating factor in Defendant Deputy Tyler Loup taking adverse actions against Mr. Franks?

Yes __X__    No _____

If you answered "Yes" to any of Questions 1 through 6, *please proceed to Question 7.* If you answered "No" to all of Questions 1 through 6, *please proceed to Question 8.*

7. State the amount of Plaintiff's Damages:

$ __375,000.__

*Please proceed to Question 8.*

8. Was the conduct of Defendant Deputy Tyler Loup done maliciously or in reckless disregard of Plaintiff Tommy Mark Franks, Jr.'s First or Fourth Amendment rights?

Yes __X__    No _____

Please sign, date, and return this verdict form.

Dated: __Feb. 1, 2023__    _____
                            Jur[redacted]

-3-