```
FILED
CLERK, U.S. DISTRICT COURT
2/1/23
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLA_____ DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

## JURY NOTE • NUMBER 1

Case No. EDCV 20-02412-JWH(SPx)

Title: Tommy Mark Franks Jr. v. County of San Bernardino, et al

===============================================================

☐ The Jury has reached a unanimous verdict.
☒ Other:

The foreperson is Anne Baker.

We will deliberate today until 4pm. If we reach a decision by 4pm, we assume the verdict will be read.

Dated this 1st day of February, 2023.

Time: 11 : 52 am/pm

_____
Foreperson of the Jury

Court's Response: