UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
2/1/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CLA DEPUTY

JURY NOTE

# JURY NOTE • NUMBER 2

Case No. EDCV 20-02412-JWH(SPx)

Title: Tommy Mark Franks Jr. v. County of San Bernardino, et al

===============================================================================

☒ The Jury has reached a unanimous verdict.

☐ Other:

_____
_____
_____
_____
_____
_____
_____

Dated this  1st  day of  Feb , 2023.

Time:  3:57 am/**pm**

[signature redacted]
Foreperson of the Jury

Court's Response: