Jerry L. Steering (SBN 122509)
Law Offices of Jerry Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 474-1883 Fax
jerry@steeringlaw.com; jerrysteering@yahoo.com
Attorneys for plaintiff Tommy Mark Franks, Jr.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY MARK FRANKS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, TYLER LOUP, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02412-JWH-SP<br><br>**STIPULATION FOR DISMISSAL OF ACTION (F.R.Civ.P. 41(a)(1)(A)(ii)**<br><br><br>**UNITED STATES DISTRICT JUDGE  JOHN W. HOLCOMB** |

**COME NOW** the parties to this action by and through their respective counsels of record and stipulate and agree to dismiss this entire action WITH PREJUDICE. The parties stipulate and agree that the District Court shall retain jurisdiction to enforce the settlement agreement between the parties to this action.

LAW OFFICE OF JERRY L. STEERING

Dated: February 16, 20223      /s/  *Jerry L. Steering* _____
JERRY L. STEERING, ATTORNEY FOR PLAINTIFF TOMMY MARK FRANKS, JR.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | SAN BERNARDINO COUNTY COUNSEL'S OFFICE |
| 3 |   |   |
| 4 | Dated February 16, 2023 | __/s/ Laura L. Crane_____ |
| 5 |   | LAURA L. CRANE, ATTORNEY FOR DEFENDANTS COUNTY OF SAN BERNARDINO and TYLER LOUP |
| 6 |   |   |